| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Chase Collegiate Land, LLC** | | |
|---|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-2354849** | | |
| 4. | **Debtor's address** | **Principal place of business**  **1775 Village Center Circle Suite 110**  **Las Vegas, NV 89134**  Number, Street, City, State & ZIP Code  **Clark**  County | | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | | |

Debtor **Chase Collegiate Land, LLC**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor **Chase Collegiate Land, LLC**  Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor  **Chase Collegiate Land, LLC**                                                   Case number (*if known*)
        Name

|  | ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
|---|---|---|---|
|  | ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
|  | ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Chase Collegiate Land, LLC**      Case number (*if known*) _____
      Name

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **July 13, 2023**
                MM / DD / YYYY

**X** **/s/ Fredrick Waid**                             **Fredrick Waid**
    Signature of authorized representative of debtor         Printed name

Title  **Manager**

**18. Signature of attorney**

**X** **/s/ Brett A. Axelrod**                  Date  **July 13, 2023**
    Signature of attorney for debtor                          MM / DD / YYYY

**Brett A. Axelrod 5859**
Printed name

**Fox Rothschild LLP**
Firm name

**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 262-6899**     Email address  **baxelrod@foxrothschild.com**

**5859 NV**
Bar number and State

Official Form 201             **Voluntary Petition for Non-Individuals Filing for Bankruptcy**             page 5

Debtor  **Chase Collegiate Land, LLC**  Case number *(if known)*
        Name

| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEVADA |
| Case number *(if known)* _____  Chapter __11__ |

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Henderson International Land, LLC** | | | Relationship to you | **Affiliate** |
| District | **Nevada** | When | **7/13/23** | Case number, if known | |
| Debtor | **Lake Mary Land, LLC** | | | Relationship to you | **Affiliate** |
| District | **Nevada** | When | **7/13/23** | Case number, if known | |
| Debtor | **RS Land LLC** | | | Relationship to you | **Affiliate** |
| District | **Nevada** | When | **7/13/23** | Case number, if known | |
| Debtor | **Squaw Valley Land LLC** | | | Relationship to you | **Affiliate** |
| District | **Nevada** | When | | Case number, if known | |
| Debtor | **York United Inc.** | | | Relationship to you | **Parent** |
| District | **Nevada** | When | **7/13/23** | Case number, if known | |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 6

**UNANIMOUS WRITTEN CONSENT
OF THE
SOLE MANAGER
OF
CHASE COLLEGIATE LAND, LLC
IN LIEU OF A SPECIAL MEETING**

The undersigned, as sole Manager of CHASE COLLEGIATE LAND, LLC, a Connecticut limited liability company (the "Company"), does hereby confirm that the Manager(s) have signed this consent and the resolutions set forth below shall be deemed to have been adopted to the same extent and to have the same force and effect as though adopted at a special meeting of the Manager(s) duly called and held for the purpose of acting upon proposals to adopt such resolutions in accordance with the laws of the State of Connecticut:

RESOLVED, that in the reasonable business judgment of the Manager(s) and the Company, a petition be filed by the Company seeking relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Code") before the United States Bankruptcy Court, District of Nevada (the "Court").

IT IS FURTHER RESOLVED that the Company is directed to cause a petition seeking relief under the provisions of chapter 11 of Title 11 of the Code to be filed.

IT IS FURTHER RESOLVED, that Fredrick Waid, sole Manager of York United Management Company, LLC, being the sole Manager of the Company, is hereby authorized, empowered and directed, on behalf of and in the name of the Company, to execute and verify or certify a petition under chapter 11 of the Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada, the location of the Company's principal assets.

IT IS FURTHER RESOLVED that the law firm of Fox Rothschild, LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, Nevada 89135, be and hereby is, employed as attorneys for the Company in connection with the Company's bankruptcy case under chapter 11.

IN WITNESS WHEREOF, the undersigned has signed this Written Consent as of this 13th day of July 2023.

                                            **CHASE COLLEGIATE LAND, LLC**

                                            _____
                                            By: York United Management Company, LLC
                                            Its: Manager

                                                By: Fredrick Waid
                                                Its:  Manger

147485263.2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Chase Collegiate Land, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 13, 2023**

X **/s/ Fredrick Waid**
Signature of individual signing on behalf of debtor

**Fredrick Waid**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Chase Collegiate Land, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEVADA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Rayford International, Inc. Changqing Liu Chief Executive Officer and Director 7359 Las Palmas Way Dublin, CA 94568 | | Escrow Dispute | Contingent Disputed | | | $2,900,000.00 |

# United States Bankruptcy Court
### District of Nevada

In re  **Chase Collegiate Land, LLC**  
Debtor(s)

Case No.  
Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **July 13, 2023**

**/s/ Fredrick Waid**  
**Fredrick Waid**/**Manager**  
Signer/Title

Chase Collegiate Land, LLC
1775 Village Center Circle Suite 110
Las Vegas, NV 89134

Brett A. Axelrod
Fox Rothschild LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135

Christopher Miles
Husch Blackwell LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Rayford International, Inc.
Changqing Liu
Chief Executive Officer and Director
7359 Las Palmas Way
Dublin, CA 94568

Rayford International, Inc.
c/o Changquing Liu
155 N. Lake Ave., Suite 800
Pasadena, CA 91101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

```
William Tong, Esq. Attorney General
Office of the Attorney General
State of Connecticut
165 Capitol Avenue
Hartford, CT 06106
```

Name, Address, Telephone No. & I.D. No.
**Brett A. Axelrod 5859**
**1980 Festival Plaza Drive, Suite 700**
**Las Vegas, NV 89135**
**(702) 262-6899**
**5859 NV**

# UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**Chase Collegiate Land, LLC**

BANKRUPTCY NO.
CHAPTER NO. **11**

Debtor(s)

## DECLARATION RE: ELECTRONIC FILING OF PETITION
## SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __Fredrick Waid__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

- ☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.
- ■ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: __July 13, 2023__

Signed: __/s/ Fredrick Waid__
**Fredrick Waid/Manager**
(Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __July 13, 2023__

Signed: __/s/ Brett A. Axelrod__
**Brett A. Axelrod 5859**
Attorney for Debtor(s)